**Entered on Docket**
**April 28, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 27, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ZACHARY TYSON—SBN: 262251
NOVA LAW GROUP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (650)-265-4045
zacharytyson@novalawgroup.com
www.novalawgroup.com

Attorney for Defendant William F. Garlock

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 12-30802 DM |
| William F. Garlock | ) Adv. Proc. No. 13-03173 DM |
| Debtor. | ) Chapter 7 |
| | ) **JUDGMENT AFTER TRIAL** |
| Woodside Priority, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| William F. Garlock, | ) |
| Defendant. | ) |
| | ) Judge: Honorable Dennis Montali |

## JUDGMENT AFTER TRIAL

On April 13, 2015, this court held a trial on the merits in the case of Woodside Priority, LLC v. William F. Garlock. For the reasons stated on the record at trial, the court finds that Plaintiff's request that its claim be held non-dischargeable in Defendant's bankruptcy case should be denied, and that judgment should be entered against Plaintiff and for Defendant on all causes of action. The court finds that Plaintiff failed to carry its burden to prove that its claim should be

held non-dischargeable under 11 U.S.C. §523(a)(2)(A-B), and the court finds that such claim shall be fully discharged in Defendant's bankruptcy case since his discharge has now been entered by the court.

**ACCORDINGLY, IT IS HEREBY ADJUDGED THAT:**

(1) Plaintiff's claim is fully dischargeable in Defendant's bankruptcy case.

(2) Judgment is entered for Defendant and against Plaintiff on all claims in this adversary proceeding, and Defendant is the prevailing party.

***END OF JUDGMENT***

## COURT SERVICE LIST